DENNIS L. WRIGHT, Respondent, *v.* THE KNIGHTS OF THE
MACCABEES OF THE WORLD, Appellant.

*Wright* v. *Knights of Maccabees of the World*, 140 App. Div. 918,
affirmed.
(Argued May 1, 1911; decided May 16, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered October 15, 1910, affirming a judgment in favor of
plaintiff entered upon the report of a referee in an action
to have declared void certain by-laws of the defendant and
to compel plaintiff's reinstatement as a member thereof.

*Alton B. Parker, D. D. Aitken* and *George W. Miller*
for appellant.

*John Conboy* for respondent.

Judgment affirmed, with costs, on the authority of the decision in this case reported in 196 New York at page 391.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WER-NER and CHASE, JJ. Absent: WILLARD BARTLETT, J.